UNITED STATES of America,
Plaintiff-Appellee,

v.

Yanique Chantel COACH,
Defendant-Appellant.

No. 16-15864
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

(March 15, 2017)

Michelle Thresher Taylor, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Nicole M. Andrejko, James D. Mandolfo, U.S. Attorney's Office, Orlando, FL, for Plaintiff-Appellee

Karla Mariel Reyes, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant-Appellant

Yanique Chantel Coach, Pro Se

Before HULL, WILSON and WILLIAM PRYOR, Circuit Judges.

---

PER CURIAM:

Stephen J. Langs, appointed counsel for Yanique Chantel Coach in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Coach's conviction and sentence is **AFFIRMED.**